UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KENNETH L. McINTYRE       ]
    Plaintiff,              ]
                          ]
v.                        ]     No. 3:04-0361
                          ]     Judge Trauger
OFFICER NAPOLEON HOWELL   ]
    Defendant.              ]

O R D E R

The Court has before it defendant's Motion to Dismiss (Docket Entry No. 21), a Report and Recommendation (Docket Entry No. 30) from the Magistrate Judge recommending that the motion be denied, and defendant's timely objections (Docket Entry No. 31) to the Report and Recommendation.

In accordance with the Memorandum contemporaneously entered, the Court has reviewed these pleadings and the record de novo and finds that the defendant's objections lack merit. Therefore, the defendant's objections are OVERRULED. The Report and Recommendation is ADOPTED AND APPROVED for reasons other than those articulated by the Magistrate Judge. Defendant's Motion to Dismiss is hereby DENIED.

It is so ORDERED.

                                                                                          _____
                                                                                         Aleta A. Trauger
                                                                                         United States District Judge