IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KENNETH L. MCINTYRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:04-0361 |
| | ) | Judge Trauger |
| OFFICER NATHANIAL HOWELL, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On May 25, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed with prejudice. (Docket No. 55) No timely objections have been filed. The report and recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 23rd day of June 2006.

_____
ALETA A. TRAUGER
United States District Judge